petitioners appear to have waived any right to challenge the reasonableness of the fee award in this case. I therefore agree with the Court's decision to deny the petition for a writ of certiorari. Nonetheless, I believe the importance of the issue counsels in favor of granting review in an appropriate case.

No. 99–1592. SANTINI ET AL. *v.* CONNECTICUT HAZARDOUS WASTE MANAGEMENT SERVICE. Sup. Ct. Conn. Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 99–1603. GENERAL PUBLIC UTILITIES CORP. ET AL. *v.* ABRAMS ET AL.; and

No. 99–1604. DOLAN ET AL. *v.* GENERAL PUBLIC UTILITIES CORP. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 193 F. 3d 613 and 199 F. 3d 158.

No. 99–1653. DE LARRACOECHEA AZUMENDI, AS REPRESENTATIVE AND ANCILLARY CO-EXECUTRIX OF THE ESTATE OF NIEVES DE LARRACOECHEA AZUMENDI, DECEASED *v.* ROSENKRANZ, ON HIS OWN BEHALF AND AS ANCILLARY CO-EXECUTOR OF THE ESTATE OF NIEVES DE LARRACOECHEA AZUMENDI, DECEASED. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 99–1700. CASE CORP. *v.* B & J CO., INC., ET AL. C. A. 8th Cir. Motion of petitioner for leave to lodge under seal District Court order granted. Certiorari denied. 

No. 98–1935. DEJA VU OF NASHVILLE, INC., ET AL. *v.* METROPOLITAN GOVERNMENT OF NASHVILLE ET AL., 529 U. S. 1052;

No. 99–1200. HERSHFIELD *v.* TOWN OF COLONIAL BEACH ET AL., 529 U. S. 1004;

No. 99–1306. HERSHFIELD *v.* BOARD OF ZONING APPEALS, KING GEORGE COUNTY, 529 U. S. 1054;

No. 99–1446. MCCLELLAN *v.* NORTHERN TRUST CO., 529 U. S. 1069;

No. 99–1463. JUNIOR v. WEST VIRGINIA ET AL., 529 U. S. 1069;

No. 99–1484. POLYAK v. SUMMERS, ATTORNEY GENERAL OF TENNESSEE, ET AL., 529 U. S. 1094;

No. 99–1491. MALLADI v. WEST, SECRETARY OF VETERANS AFFAIRS, 529 U. S. 1069;

No. 99–7345. GLASS v. CITY OF CARLSBAD ET AL., 528 U. S. 1166;

No. 99–7666. GEARY v. McKINNEY ET AL., 529 U. S. 1008;

No. 99–7978. ESPINOZA RODRIGUEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 529 U. S. 1041;

No. 99–8061. COOK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 529 U. S. 1058;

No. 99–8076. JOHNSON v. ESSEX COUNTY HOSPITAL CENTER, 529 U. S. 1070;

No. 99–8140. PEACHLUM v. PENNSYLVANIA, 529 U. S. 1072;

No. 99–8149. HAWKINS v. MAINE BUREAU OF INSURANCE, 529 U. S. 1042;

No. 99–8240. COLE v. CITY OF TAMPA, FLORIDA, 529 U. S. 1073;

No. 99–8276. BLUE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 529 U. S. 1074;

No. 99–8288. IN RE SANDERS, 529 U. S. 1016;

No. 99–8462. WILLIAMS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 529 U. S. 1076;

No. 99–8542. BONOWITZ ET AL. v. UNITED STATES, 529 U. S. 1077;

No. 99–8636. DIN v. SUMMERS, SECRETARY OF THE TREASURY, 529 U. S. 1102; and

No. 99–8755. HOOK v. UNITED STATES, 529 U. S. 1082. Petitions for rehearing denied.

No. 99–1192. BULLOCK v. TEXAS, 529 U. S. 1066. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 99–6035 (99A957). TAYLOR v. CAIN, WARDEN, 529 U. S. 1088. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.